UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE M BOWMAN,

    Plaintiff,

  v.

WELLS FARGO HOME MORTGAGE, et al.,

    Defendants.

Case No. 13-cv-05850-MEJ

**ORDER TO SHOW CAUSE**

On December 19, 2013, Defendant Wells Fargo Bank, N.A., filed a Motion to Dismiss, with a noticed hearing date of January 30, 2014. Dkt. No. 5. However, Plaintiff Christine M. Bowman failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff Christine M. Bowman to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by January 23, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on February 6, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

<u>Defendant is directed to serve this Order upon Plaintiff by January 9, 2014.</u>

**IT IS SO ORDERED.**

Dated: January 3, 2014

MARIA-ELENA JAMES
United States Magistrate Judge