Tiffany R. Norman (SBN 239873)
TRN LAW ASSOCIATES
654 Sacramento Street, Second Floor
San Francisco, CA 94111
Telephone: (415) 823-4566
Facsimile: (415) 762-5490

Attorney for Plaintiff
CHRISTINE M. BOWMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINE M. BOWMAN, | CASE NO. 13-CV-05850-MEJ |
|---|---|
| PLAINTIFF, | **DECLARATION OF TIFFANY R. NORMAN** |
| v. | |
| WELLS FARGO HOME MORTGAGE, et al, | |
| DEFENDANTS. | |

1. I am a licensed attorney and an active member of the California State Bar in good standing. Except where so stated, I have personal knowledge of all facts stated in this declaration and, if called as a witness, could and would testify competently to them under oath.

2. This declaration is filed on behalf of my client, Plaintiff Christine M. Bowman.

3. On December 19, 2013, Defendant's removed the case to federal court and filed a Motion to Dismiss.

4. The Motion to Dismiss was served to me by mail.

5. On December 20, 2013, I left my office to travel to Marshall, California with a friend. I returned on Sunday, and on Monday traveled to Los Angeles to visit my family for the holidays.

6. I am a solo practitioner, rent an office space, and have a paralegal that works from home and lives about 1.5 hours away from me. I asked my paralegal to come to my office while I was gone to review my mail, which he did. He reviewed my mail but did not inform me that this case was removed to federal court, and that I needed to file a response. I did not news of the case being removed or the Motion to Dismiss by electronic means. Thus, I did not file a response by the appropriate deadline.

7. My first day back in the office is today, January 6th. I reviewed the Motion to Dismiss, and the calendar, and became aware of the Order to Show Cause and the need for me to file a declaration.

8. I am filing this declaration the same day I became aware, and am available for the Order to Show Cause (OSC) hearing. I am also willing and able to file a response if Defendant wants to schedule a new hearing date, if the Court agrees, before the hearing on the OSC.

9. I apologize for the mistake on my part, and would hate for this to affect my client's ability to continue with her lawsuit. She is in foreclosure, and dismissing this case could lead to the sale of her property.

10. This declaration is filed under the penalty of perjury.

Respectfully submitted,                    /S/ Tiffany R. Norman
                                           Tiffany R. Norman

-2-

DECLARATION OF TIFFANY R. NORMAN