UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE M BOWMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>    Defendants. | Case No. 13-cv-05850-MEJ<br><br>**ORDER DISCHARGING OSC** |

On January 3, 2014, the Court ordered Plaintiff Christine M. Bowman to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Having reviewed Plaintiff's counsel's responsive declaration, the Court hereby DISCHARGES the Order to Show Cause.  The Court shall issue a separate scheduling order.

**IT IS SO ORDERED.**

Dated: January 7, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge