UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE M BOWMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-05850-MEJ<br><br>**ORDER RE: MOTION TO DISMISS BRIEFING SCHEDULE** |

　　On April 28, 2014, the Court ordered the parties to file a joint status report by May 15, 2014, indicating their availability on Thursdays in June and July for a hearing on Defendant's pending Motion to Dismiss.  Dkt. No. 23.  As Plaintiff has yet to file an Opposition to Plaintiff's Motion, which has been pending since December 19, 2013, the Court further ORDERS Plaintiff to file any Opposition by May 12, 2014, and for Defendant to file any Reply by May 22, 2014.

　　**IT IS SO ORDERED.**

Dated: May 2, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge