UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE M BOWMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>            Defendants. | Case No. 13-cv-05850-MEJ<br><br>**ORDER VACATING STATUS ORDER** |

On May 13, 2014, the Court denied Wells Fargo's Motion to Dismiss and set this matter for a Case Management Conference on June 12, 2014. Accordingly, the order for the parties to file a status report by May 15 is VACATED.

**IT IS SO ORDERED.**

Dated: May 13, 2014

MARIA-ELENA JAMES
United States Magistrate Judge