UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE M BOWMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-05850-MEJ<br><br>**ORDER RE: FORECLOSURE PROCEEDINGS** |

On May 13, 2014, the Court denied Wells Fargo's Motion to Dismiss and set this matter for a Case Management Conference on June 12, 2014.  The parties are reminded that the Court has not lifted its stay of any foreclosure proceedings, issued March 17, 2014 (Dkt. No. 21).  Accordingly, no foreclosure process may be initiated until further order from the Court.

**IT IS SO ORDERED.**

Dated: May 28, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge