UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE M BOWMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>    Defendants. | Case No. 13-cv-05850-MEJ<br><br>**ORDER RE: MOTION TO DISSOLVE STAY**<br><br>Re: Dkt. No. 30 |

On June 3, 2014, Defendant Wells Fargo Bank N.A. filed a Motion to Dissolve Stay on Foreclosure, with a noticed hearing date of June 5, 2014. Dkt. No. 30. Plaintiff Christine M. Bowman is hereby advised that any opposition to Defendant's Motion must be filed by June 4, 2014 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: June 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge