UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE M BOWMAN,

    Plaintiff,

  v.

WELLS FARGO HOME MORTGAGE, et al.,

    Defendants.

Case No. 13-cv-05850-MEJ

**ORDER RE: STAY; ORDER REFERRING CASE TO MEDIATION**

Re: Dkt. No. 30

Based on discussions at the June 5, 2014 hearing, the Court ORDERS as follows:

1) The Motion to Dissolve Stay is GRANTED. Any stay that remains in effect is lifted as of June 13, 2014.

2) The parties shall meet and confer by June 11, 2014, to determine whether they can reach an agreement regarding the amount of tender necessary for Plaintiff to reinstate the loan. If Plaintiff tenders the amount, the Notice of Trustee's Sale shall be rescinded.

3) If the parties are not able to reach an agreement, any further request to prevent foreclosure proceedings while this case is pending must come in the form of a request for a preliminary injunction or temporary restraining order pursuant to Federal Rule of Civil Procedure 65.

4) The parties are advised that they should not call the Court with substantive requests. All motions and requests must be in writing, filed, and comply with the Federal Rules of Civil Procedure and Civil Local Rules. Any such filing must cite the specific rule under which the relief is requested.

5) The parties are hereby referred to court-sponsored mediation.

**IT IS SO ORDERED.**

Dated: June 5, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge