UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE M BOWMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>        Defendants. | Case No. 13-cv-05850-MEJ<br><br>**CONDITIONAL DISMISSAL** |

The Court has been advised that the parties in the above-captioned matter have agreed to a settlement of this case. Accordingly, the Court hereby DISMISSES this case with prejudice. However, if any party hereto shall certify to this Court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. The Clerk of Court shall close the file.

    **IT IS SO ORDERED.**

Dated: August 6, 2014

                                                   _____<br>
                                                   MARIA-ELENA JAMES<br>
                                                   United States Magistrate Judge